US DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TARA SIMPSON** :
7611 Ingrid Place
Landover, MD   20785 :

and :

**DARREN McALLISTER** :
4244 Suitland Road, Apt. #304
Suitland, MD 20747 :

    Plaintiff, :

v. : Civil Action:

**THE UNITED STATES OF AMERICA** :
**Please Serve**:
**Jeff Sessions** :
Attorney General of the United States
10th and Constitution Avenue, NW :
Washington, DC 20530

     :

**Please Serve**:
**JESSIE K. LIU** :
United States Attorney for the District of Columbia
Suite 5806 :
555 4th Street, NW
Washington, DC 20001 :

and :

**UNITED STATES DEPARTMENT** :
**OF INTERIOR**:
**Please Serve**:
**Secretary Ryan Zinke** :
1849 C Street, NW
Washington, DC 20240 :

and :

**UNITED STATES NATIONAL** :
**PARK SERVICES**
**Please Serve**: :

**Michael T. Reynolds**                            :
1849 C Street, NW
Washington, DC 20240                               :

    Defendants.                              :

## COMPLAINT

1. This action is within the jurisdiction of this Court pursuant to D.C. Code Section 11-921 and proper notice has been provided.

## COUNT I

2. On or about March 10, 2015, the Plaintiff, TARRA SIMPSON, was operating a motor vehicle westbound on Canal Road in Washington, D.C., and had with her as a passenger, the Plaintiff, DARREN McALLISTER.

3. That at that same time and place, Defendant, UNITED STATES DEPARTMENT OF THE INTERIOR, is charged with protecting and managing the National's Resources, and UNITED STATES NATIONAL PARK SERVICES, owned and managed the property on Canal Road, Washington, D.C. entrusted to preserve and protect these resources while preserving public safety.

4. That the Defendant, UNITED STATES DEPARTMENT OF THE INTERIOR and the UNITED STATES NATIONAL PARK SERVICES, was under a duty to ensure public safety by properly managing and maintaining public property under their control with reasonable care and due regard.

5. Notwithstanding said duty, the agents, servants or employees of the Defendant, UNITED STATED DEPARTMENT OF THE INTERIOR and the UNITED STATES NATIONAL PARK SERVICES, failed to manage and maintain the public land; failed to inspect the land including trees; and negligently operated in such a manner as to allow a dangerous

hazard, and/or condition, to remain in the area where the public and in particular the Plaintiff was invited; failed to warn said Plaintiff of a dangerous condition, which Plaintiff could not have discovered prior to injury; and, the Defendants, were otherwise negligent and careless when a tree suddenly fell into the path of the Plaintiff's vehicle causing severe injury.

6. That at all times relevant hereto, the Defendant, UNITED STATES DEPARTMENT OF THE INTERIOR and UNITED STATES NATIONAL PARK SERVICES, maintain the aforementioned public land and roadway know as "Canal Road" for the Defendant, UNITED STATES DEPARTMENT OF THE INTERIOR and the UNITED STATES NATIONAL PARK SERVICES, and did so as their agent, servant and or employee, and was within the scope of its agency and/or employment when the accident occurred.

7. That the Defendant, UNITED STATES DEPARTMENT OF THE INTERIOR and UNITED STATES  NATIONAL PARK SERVICES, are responsible for the negligence of the Defendant, UNITED STATES NATIONAL PARK SERVICES, under the doctrine of Respondeat Superior.

8. The Defendants, UNITED STATES DEPARTMENT OF THE INTERIOR and the UNITED STATES NATIONAL PARK SERVICES, by and through their agents, servants or employees, and/or each of them, owed a duty to Plaintiff, to exercise due and reasonable care to see that public land and roadways were safe and that they were free of hazards that could cause the Plaintiff harm or injury.

9. That as a direct and proximate result of the negligence and carelessness of the Defendants, UNITED STATES DEPARTMENT OF THE INTERIOR and the UNITED STATES  NATIONAL PARK SERVICES, and/or their agents, servants or employees, as aforesaid, the Plaintiff suffered painful and permanent disability injuries in and about her head,

neck, body and limbs, which render her sick, sore, lame, and distressed. She has and will in the future suffer great physical pain and mental anguish; she has and will in the future be required to expend large sums of money for medical care, treatment and related items; she has and will in the future lose substantial time for her place of employment; she has and will in the future be unable to pursue her usual or normal activities; and she was otherwise injured and damaged.

WHEREFORE, the Plaintiff, TARA SIMPSON, demands judgment against the Defendants, UNITED STATES DEPARTMENT OF INTERIOR and UNITED STATES NATIONAL PARK SERVICES, in the sum of Two Million Dollars ($2,000,000.00 ), plus interest and costs.

## COUNT II

10. All of the pertinent facts and allegations contained in Count I, of this Complaint are incorporated herein by reference as if fully repeated and set forth.

11. That at all times relevant hereto, the Plaintiff, DARREN McALLISTER, was a passenger in the automobile operated by the Plaintiff TARA SIMPSON.

12. That as a direct and proximate result of the negligence of the Defendant's employee, the Plaintiff, DARREN McALLISTER, was injured and damaged.

13. That as a direct and proximate result of the negligence and carelessness of the Defendants, UNITED STATES DEPARTMENT OF INTERIOR and UNITED STATES NATIONAL PARK SERVICES, and/or their agents, servants or employees, as aforesaid, the Plaintiff suffered painful and permanent disabling injuries in and about his head, neck, body and limbs, which rendered him sick, sore, lame, and distressed. He has and will in the future suffer great physical pain and mental anguish; she has and will in the future be required to expend large sums of money for medical care, treatment and related items; he has and will in the future be

required to expend large sums of money for medical care, treatment and related items; he has and will in the future lose substantial time from his place of employment; he has and will in the future be unable to pursue his usual or normal activities; and he was otherwise injured and damaged.

WHEREFORE, the Plaintiff, DARREN McALLISTER, demands judgment against the Defendants, UNITED STATES DEPARTMENT OF INTERIOR and UNITED STATES NATIONAL PARK SERVICES, in the sum of Two Million Dollars ($2,000,000.00) , plus interest and costs.

        Respectfully submitted,
        SOSSLAU, KOHLER & SIMCOX

By:    /S/    William L. Kohler, Jr.
        William L. Kohler, Jr.
        Bar #: 52-1160407
        7307-B Hanover Parkway
        Greenbelt, MD 20770
        301-982-3100
        *Attorney for the Plaintiffs*